USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARI KONFIDAN, | |
|                       Plaintiff, | |
| -against- | 20-cv-1524 (MKV) |
| IMMOTOR, LLC et al., | ORDER |
|                       Defendants. | |

MARY KAY VYSKOCIL, United States District Judge:

      On July 8, 2021, the Court held a status conference in this matter. As the Court stated at the conference, IT IS HEREBY ORDERED that, by July 22, 2021, all parties asserting claims against Defendants SZ Immotor Technology Co., Ltd. and ShenZhen Yimada Technology Co. Ltd. ("the Chinese defendants") shall effectuate service on the Chinese defendants and file proof of such service on ECF. The Court has issued several orders and warnings [ECF #34, 44], and this is the final opportunity to avoid dismissal of all claims against the Chinese defendants, with prejudice, for failure to prosecute. *See* Fed. R. Civ. P. 41(b); *Mitchell v. Lyons Prof'l Servs., Inc.*, 708 F.3d 463, 467 (2d Cir. 2013).

      IT IS FURTHER ORDERED that Plaintiff's request for leave to file a motion seeking sanctions against Defendant Immotor, LLC, pursuant to Rule 37 of the Federal Rules of Civil Procedure, for failure to comply with discovery requirements [ECF #60, 62] is GRANTED. Both parties are on notice that failure to act in good faith with respect to the discovery issues in this case may result in sanctions.

      IT IS FURTHER ORDERED that, by August 23, 2021, counsel for Immotor shall file a letter representing to the Court that all reasonable efforts to provide the discovery have been made and that there are no additional documents to be produced. As the Court admonished at the

July 8, 2021 conference, Immotor and its counsel will face sanctions if those representations turn out to be false.

IT IS FURTHER ORDERED that the parties must complete fact discovery by September 6, 2021 and expert discovery by November 5, 2021.  The Court will not extend these deadlines, and the Court will not entertain requests to extend these deadlines.  The parties shall appear for a Post Discovery Conference on November 18, 2021 at 11:30 AM.

**SO ORDERED.**

**Date:  July 8, 2021**　　　　　　　　　　　　　　　　　　_____
　　　　**New York, NY**　　　　　　　　　　　　　　　**MARY KAY VYSKOCIL**
　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**