UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

LARI KONFIDAN,

                               **Plaintiff,**

         -against-

IMMOTOR, LLC, et al.,

                              **Defendants.**

-------------------------------------------------------------X

20-CV-01524 (MKV)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/2021

**SARAH NETBURN, United States Magistrate Judge**:

      On March 11, 2021, the parties were directed to contact the Court regarding settlement. In light of the ongoing litigation, the parties are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov with three (3) mutually convenient dates to schedule a settlement conference if it would be productive at this time. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                              _____
                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:     September 24, 2021
                New York, New York