```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/13/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LARI KONFIDAN,

                              Plaintiff,

            -against-

IMMOTOR, LLC, et al.,

                            Defendants.

-----------------------------------------------------------------X

20-CV-01524 (MKV)

<u>ORDER</u>

**SARAH NETBURN, United States Magistrate Judge**:

       The Court has received a letter from Great American E&S Insurance Company ("Great American"), which issued a primary liability policy to Immotor LLC, a defendant in this case, requesting to participate in the settlement conference scheduled for Wednesday, December 15, 2021. Great American's request is GRANTED. Great American may submit a confidential settlement letter to the Court by e-mail to Netburn_NYSDChambers@nysd.uscourts.gov by the end of the day on Tuesday, December 14, 2021. The Court will provide dial-in information before the conference.

**SO ORDERED.**

                                            _____
                                            SARAH NETBURN
                                            United States Magistrate Judge

DATED:     December 13, 2021
               New York, New York