UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARI KONFIDAN, | |
| Plaintiff, | |
| -against- | |
| IMMOTOR, LLC et al., | |
| Defendants. | |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__12/16/2021_
```

20-cv-1524 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that Defendant Immotor, LLC shall respond to Plaintiff's

motion for sanctions [ECF Nos. 99, 11, 101] by December 22, 2021.

**SO ORDERED.**

**Date:   December 16, 2021**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**